Dec. 17, 2007



US District Court for the District of Massachusetts
Worcester Divisional Office
Court's Address Donohue Federal Building & U.S. Courthouse
595 Main Street
Worcester, MA 01608

Dear U.S. District Court,

I'm corresponding regarding the Judgment against the ALB Enterprises by the Dept. of Labor and it's outcome. I'd like to ask the Dept. of Labor to ask the U.S. District Court to get a court order to dissolve the Corporation called ALB Enterprise as it has violated the law.

The law states that a corporation must be law abiding of which this ALB Enterprizes was in violation of the federal law, if not also the state of Massachusetts law.

The alleged owner is Michael Baniukiewicz. He was enjoined by the Federal Labor Department for violating the provisions of the Fair Labor Standards Act. He is forced to recover unpaid wages and liquidated damages. ALB Enterprises will be repaying according to the Court plan up until sometime in 2008. (U.S. District court 05-1013 MLW)

TITLE XXII. CORPORATIONS

CHAPTER 155. GENERAL PROVISIONS RELATIVE TO CORPORATIONS

FALSE REPORTS OR STATEMENTS CONCERNING CORPORATIONS

Chapter 155: Section 48. False statements; penalty

Section 48. Whoever knowingly makes, executes, files or publishes any report or statement required by law to be made, executed, filed or published by a corporation in this commonwealth, whether such corporation is organized under the laws of this commonwealth or elsewhere, or whoever causes the same to be done, which report or statement is false in any material representation, shall be punished by a fine of not more than five thousand dollars or by imprisonment for not more than three years, or both.

I'm asking the Dept. of Labor to protect the public and ask for a court order to dissolve this Corporation with the Corporation Division.

Thank you very much.

S. Howey
P.O. Box 870037

Milton Village, MA 02187-0037

Enclosures

The Commonwealth of Massachusetts
William Francis Galvin, Secretary of the Commonwealth
Corporations Division

December 11, 2007

S. Howey
P.O. Box 870037
Milton Village, MA 02187

Re:   ALB Enterprizes, Inc.

Dear Sir or Madam,

The letter is in response to your inquiry regarding ALB Enterprizes, Inc.

The court documents provided do not include an order from the court to the
Corporations Division to dissolve this corporation. The Corporations Division is unable
to dissolve a corporation in this matter without a court order.

The U.S District Court for the District of Massachusetts retains jurisdiction over
this court order and any issues regarding its enforcement. If you have any questions
regarding the court order, please direct those questions to the Court.

Very truly yours,

Marissa Soto-Ortiz, Esq.
Staff Attorney, Corporations Division

UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF MASSACHUSETTS

```
* * * * * * * * * * * * * * * * * * * * * * * *
ELAINE L. CHAO, Secretary of Labor,          *
 United States Department of Labor,          *
                                             *
                Plaintiff,                   *
                                             *     CIVIL ACTION
                                             *
           v.                                *     FILE NO.
                                             *
ALB ENTERPRISES, INC.                        *
and MICHAEL BANIUKIEWICZ                      *
                                             *
                Defendants.                  *
* * * * * * * * * * * * * * * * * * * * * * * *
```

## JUDGMENT

Plaintiff having filed a complaint and the defendants having appeared, received a copy thereof, waived service of process and, consented to the entry of this judgment without contest.

It is, therefore, ORDERED, ADJUDGED and DECREED that defendants, their agents, servants, employees, and all persons acting or claiming to act in their behalf and interest be, and they hereby are, permanently enjoined and restrained from violating the provisions of the Fair Labor Standards Act, as amended (29 USC 201 et seq.), hereinafter referred to as the Act, in any of the following manners;

Defendants shall not, contrary to sections 7 and 15(a)(2) of the Act, employ any employees who in any workweek are engaged in commerce or in the production of goods for commerce, or who are employed in an enterprise engaged in commerce or in the production of goods for commerce, within the meaning of the Act, for workweeks longer than forty hours, unless such employee receives compensation for his employment in excess of forty (40) hours at a rate not less than one and one-half times the regular rate at which he is employed.

| Back Wage balance | Due Date | Payment # | Payment Amount | Interest | Applied to Principle |
|---|---|---|---|---|---|
| $ 112,417.51 | 01/31/2005 | 1 | $ 2,500.00 | ($93.68) | $ 2,406.32 |
| $ 110,011.19 | 02/28/2005 | 2 | $ 2,500.00 | ($89.68) | $ 2,410.32 |
| $ 107,600.87 | 03/31/2005 | 3 | $ 2,500.00 | ($85.75) | $ 2,414.25 |
| $ 105,186.62 | 04/30/2005 | 4 | $ 2,500.00 | ($81.91) | $ 2,418.09 |
| $ 102,768.53 | 05/31/2005 | 5 | $ 2,500.00 | ($78.16) | $ 2,421.84 |
| $ 100,346.69 | 06/30/2005 | 6 | $ 2,500.00 | ($74.48) | $ 2,425.52 |
| $ 97,921.18 | 07/31/2005 | 7 | $ 2,500.00 | ($70.90) | $ 2,429.10 |
| $ 95,492.07 | 08/31/2005 | 8 | $ 2,500.00 | ($67.39) | $ 2,432.61 |
| $ 93,059.47 | 09/30/2005 | 9 | $ 2,500.00 | ($63.97) | $ 2,436.03 |
| $ 90,623.44 | 10/31/2005 | 10 | $ 2,500.00 | ($60.64) | $ 2,439.36 |
| $ 88,184.08 | 11/30/2005 | 11 | $ 2,500.00 | ($57.39) | $ 2,442.61 |
| $ 85,741.48 | 12/31/2005 | 12 | $ 2,500.00 | ($54.23) | $ 2,445.77 |
| $ 83,295.71 | 01/31/2006 | 13 | $ 2,500.00 | ($51.16) | $ 2,448.84 |
| $ 80,846.86 | 02/28/2006 | 14 | $ 2,500.00 | ($48.17) | $ 2,451.83 |
| $ 78,395.03 | 03/31/2006 | 15 | $ 2,500.00 | ($45.27) | $ 2,454.73 |
| $ 75,940.30 | 04/30/2006 | 16 | $ 2,500.00 | ($42.45) | $ 2,457.55 |
| $ 73,482.75 | 05/31/2006 | 17 | $ 2,500.00 | ($39.73) | $ 2,460.27 |
| $ 71,022.48 | 06/30/2006 | 18 | $ 2,500.00 | ($37.09) | $ 2,462.91 |
| $ 68,559.56 | 07/31/2006 | 19 | $ 2,500.00 | ($34.54) | $ 2,465.46 |
| $ 66,094.10 | 08/31/2006 | 20 | $ 2,500.00 | ($32.07) | $ 2,467.93 |
| $ 63,626.17 | 09/30/2006 | 21 | $ 2,500.00 | ($29.70) | $ 2,470.30 |
| $ 61,155.88 | 10/31/2006 | 22 | $ 2,500.00 | ($27.42) | $ 2,472.58 |
| $ 58,683.29 | 11/30/2006 | 23 | $ 2,500.00 | ($25.22) | $ 2,474.78 |
| $ 56,206.52 | 12/31/2006 | 24 | $ 2,500.00 | ($23.12) | $ 2,476.88 |
| $ 53,731.64 | 01/31/2007 | 25 | $ 2,500.00 | ($21.10) | $ 2,478.90 |
| $ 51,252.74 | 02/28/2007 | 26 | $ 2,500.00 | ($19.18) | $ 2,480.82 |
| $ 48,771.92 | 03/31/2007 | 27 | $ 2,500.00 | ($17.35) | $ 2,482.65 |
| $ 46,289.27 | 04/30/2007 | 28 | $ 2,500.00 | ($15.60) | $ 2,484.40 |
| $ 43,804.87 | 05/31/2007 | 29 | $ 2,500.00 | ($13.95) | $ 2,486.05 |
| $ 41,318.82 | 06/30/2007 | 30 | $ 2,500.00 | ($12.39) | $ 2,487.61 |
| $ 38,831.21 | 07/31/2007 | 31 | $ 2,500.00 | ($10.92) | $ 2,489.08 |
| $ 36,342.13 | 08/31/2007 | 32 | $ 2,500.00 | ($9.54) | $ 2,490.46 |
| $ 33,851.68 | 09/30/2007 | 33 | $ 2,500.00 | ($8.26) | $ 2,491.74 |
| $ 31,359.94 | 10/31/2007 | 34 | $ 2,500.00 | ($7.06) | $ 2,492.94 |
| $ 28,867.00 | 11/30/2007 | 35 | $ 2,500.00 | ($5.96) | $ 2,494.04 |
| $ 26,372.97 | 12/31/2007 | 36 | $ 2,500.00 | ($4.96) | $ 2,495.04 |
| $ 23,877.92 | 01/31/2008 | 37 | $ 2,500.00 | ($4.04) | $ 2,495.96 |
| $ 21,381.96 | 02/29/2008 | 38 | $ 2,500.00 | ($3.22) | $ 2,496.78 |
| $ 18,885.18 | 03/31/2008 | 39 | $ 2,500.00 | ($2.49) | $ 2,497.51 |
| $ 16,387.66 | 04/30/2008 | 40 | $ 2,500.00 | ($1.85) | $ 2,498.15 |
| $ 13,889.51 | 05/31/2008 | 41 | $ 2,500.00 | ($1.31) | $ 2,498.69 |
| $ 11,390.82 | 06/30/2008 | 42 | $ 2,500.00 | ($0.86) | $ 2,499.14 |
| $ 8,891.68 | 07/31/2008 | 43 | $ 2,500.00 | ($0.50) | $ 2,499.50 |
| $ 6,392.18 | 08/31/2008 | 44 | $ 2,500.00 | ($0.24) | $ 2,499.76 |
| $ 3,892.42 | 09/30/2008 | 45 | $ 2,500.00 | ($0.07) | $ 2,499.93 |
| $ 1,392.50 | 10/31/2008 | 46 | $ 1,392.50 | | $ 1,392.50 |

EXHIBIT A